No. 99-10189
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10189
Conference Calendar
_____

LARRY HARVEL RUSHING,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-939-T
--------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Larry Harvel Rushing has appealed the denial of his application for a writ of <u>coram nobis</u>.  He argues that the district court erred in denying his application and that he is entitled to such relief primarily because he lacked the requisite criminal intent to support his convictions under 18 U.S.C. § 1014.  Rushing has failed to meet his burden of showing that the judicial proceedings leading to his guilty plea and convictions were incorrect.  He has therefore failed to demonstrate that he is entitled to a writ of <u>coram nobis</u>.  <u>See</u> <u>United States v. Dyer</u>, 136 F.3d 417, 422 (5th Cir. 1998).  The

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court is AFFIRMED.